**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: ) | |
| JONATHAN DAVID RINEHIMER ) | |
| AKA JONATHAN D. RINEHIMER ) | |
| AKA JONATHAN RINEHIMER ) | **CASE NO.: 24-14337-PMM** |
| ) | **CHAPTER 13** |
| DEBTOR. ) | **JUDGE PATRICIA M. MAYER** |
| ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, ) | |
| AS TRUSTEE OF CVF III MORTGAGE LOAN ) | |
| TRUST II, ) | |
| ) | |
| CREDITOR, ) | |
| ) | |
| JONATHAN DAVID RINEHIMER ) | |
| AKA JONATHAN D. RINEHIMER ) | |
| AKA JONATHAN RINEHIMER, DEBTOR AND ) | |
| SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of U.S. Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust II, by and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 17th day of December 2024

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 17th day of December 2024.

*DEBTOR*
JONATHAN DAVID RINEHIMER
531 BROWN AVENUE
BANGOR, PA 18013

*ATTORNEYS FOR DEBTOR*
ROBERT JOSEPH KIDWELL
NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360
RKIDWELL@NEWMANWILLIAMS.COM

*ATTORNEYS FOR DEBTOR*
VINCENT RUBINO
NEWMAN WILLIAMS MISHKIN
712 MONROE STREET
PO BOX 511
STROUDSBURG, PA 18360
VRUBINO@NEWMANWILLIAMS.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

                                              /s/ Joshua I. Goldman, Esq
                                              Joshua I. Goldman, Esq
                                              Pennsylvania Bar # 205047
                                              PADGETT LAW GROUP
                                              6267 Old Water Oak Road, Suite 203
                                              Tallahassee, FL 32312
                                              (850) 422-2520 (telephone)
                                              (850) 422-2567 (facsimile)
                                              josh.goldman@padgettlawgroup.com
                                              *Counsel for Creditor*