IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JONATHAN DAVID RINEHIMER, | : | |
| a/k/a JONATHAN D. RINEHIMER, | : | CASE NO.: 24-14337 |
| a/k/a JONATHAN RINEHIMER, | : | |
| Debtor | : | |

## **ORDER**

      Upon consideration of the above-named Debtor, **JONATHAN DAVID RINEHIMER,** having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future disposable income to the jurisdiction of this Court;

      IT IS THEREFORE ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting it to a case under Chapter 7 of the Bankruptcy Code, the employer/entity from whom the Debtor, **JONATHAN DAVID RINEHIMER**, receives income:

            LANTA
            Attn: Payroll Department
            1060 Lehigh Street
            Allentown, PA 18103
            **Social Security #**xxx-xx-**7964**

shall deduct from the income of **JONATHAN DAVID RINEHIMER $447.50 from each bi-weekly paycheck, beginning on the next pay day following the receipt of this Order,** including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor, and to remit the deducted sums to:

            **Scott F. Waterman, Trustee**
            **Standing Chapter 13 Trustee**
            **P.O. Box 680**
            **Memphis, TN  38101-0680**

      IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated, and shall advise the Trustee of the reason for such termination.

   IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for all requisite withholding taxes and other appropriate deductions, be paid to the Debtor in accordance with usual payment procedure.

   IT IS FURTHER ORDERED that the employer/entity will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

   IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject employer/entity in this case, if any.

**Date: January 7, 2025**

*Patricia M. Mayer*
_____
Paticia M. Mayer, Bankruptcy Judge