R sUNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jonathan David Rinehimer, | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bky. No. 24-14337 (PMM) |

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Extend the Automatic Stay (doc. #9, the "Motion");

AND for the reasons stated at the hearing held and concluded on January 7, 2025;

It is hereby **ORDERED** that:

1) The Motion is **granted to the extent that it seeks to impose the automatic stay pursuant to 11 U.S.C. §105**; and

2) The automatic stay is imposed with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed.R. Bankr. P. 4001(a).

Date:  1/7/25

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE