UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jonathan David Rinehimer<br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-14337-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of March, 2025, by first class mail upon those listed below:

Jonathan David Rinehimer
531 Brown Avenue
Bangor, PA  18013

**Electronically via CM/ECF System Only:**

VINCENT RUBINO ESQ
NEWMAN WILLIAMS MISHKIN
712 MONROE STREET
STROUDSBURG, PA  18360

                                                        */s/ Kristen Gliem*
                                                        Kristen Gliem
                                                        for
                                                        Scott F. Waterman, Esquire
                                                        Standing Chapter 13 Trustee