# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

| | |
|---|---|
| IN RE: ) | |
| JONATHAN DAVID RINEHIMER, ) | CASE NO.: 24-14337-pmm |
| AKA JONATHAN D. RINEHIMER, ) | CHAPTER 13 |
| AKA JONATHAN RINEHIMER, ) | JUDGE PATRICIA M. MAYER |
| ) | |
| DEBTOR. ) | |
| ) | |
| U.S. BANK TRUST NATIONAL ) | |
| ASSOCIATION, AS TRUSTEE OF CVF III ) | |
| MORTGAGE LOAN TRUST II AS SERVICED ) | |
| BY NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| JONATHAN DAVID RINEHIMER, DEBTOR, ) | |
| AND SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS. ) | |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION
### (This resolves docket no. 23)

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw U.S. Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust II as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing to Confirmation which was filed with this Court on or about **February 3, 2025, docket number 23.**

        Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the List by electronic notice and/or by First Class U.S. Mail on this the 4th day of June 2025.

## *VIA U.S. MAIL*

### *DEBTOR*
JONATHAN DAVID RINEHIMER
531 BROWN AVENUE
BANGOR, PA 18013

## *VIA ELECTRONIC NOTICE*

### *DEBTOR'S COUNSEL*
ROBERT JOSEPH KIDWELL
VINCENT RUBINO
NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360
RKIDWELL@NEWMANWILLIAMS.COM
VRUBINO@NEWMANWILLIAMS.COM

### *TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

### *U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*