United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jonathan David Rinehimer  
    Debtor

Case No. 24-14337-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jul 24, 2025      Form ID: 155      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan David Rinehimer, 531 Brown Avenue, Bangor, PA 18013-1745 |
| 14972605 | + | Bangor Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14972955 | + | Bangor Borough Authority, c/o James R. Wood, Esq., Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia PA 19406-2726 |
| 14972604 | + | Bangor Borough Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14957521 | + | Bangor Borough Authority, PO Box 149, Bloomsburg, PA 17815-0149 |
| 14959252 | + | Lakeview Loan Servicing, LLC, c/o Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia PA 19106-1541 |
| 14963689 | + | People First Federal Credit Union, 740 Hamilton St Suite 300, Allentown, PA 18101-2474 |
| 14957527 | | Peoples First FCU, 2141 Downyflake Lane, Allentown, PA 18103-4774 |
| 14957528 | + | Portnoff Law Associates, 2700 Horizon Drive Ste 100, King of Prussia, PA 19406-2726 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14984918 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 25 2025 00:50:38 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 14959251 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2025 00:36:54 | Bridgecrest Credit Company, LLC, c/o Amitkumar Sharma, Esq., AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City OK 73118-7901 |
| 14958871 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2025 00:37:02 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14957522 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 25 2025 00:33:00 | Bridgecrest Financial, 7300 E. Hampton Avenue, Suite 101, Mesa, AZ 85209-3324 |
| 14961351 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2025 00:49:58 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14957523 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 25 2025 00:49:58 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 14957524 | ^ | MEBN | Jul 25 2025 00:26:52 | KML Law Group, Ste 5000-BNY Indepen Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14959035 | ^ | MEBN | Jul 25 2025 00:26:51 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14978153 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 25 2025 00:32:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14957525 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 25 2025 00:32:00 | Loancare Servicing Company, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14957526 | + | Email/Text: mtgbk@shellpointmtg.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: 155 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | Jul 25 2025 00:32:00 | New Rez-Shellpoint, 55 Beattie Pl Ste 600, Greenville, SC 29601-2165 | |
| 14978155 | Email/Text: mtgbk@shellpointmtg.com | | | |
| | | Jul 25 2025 00:32:00 | U.S. Bank Trust National Association c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 | |
| 14961671 | ^ MEBN | | | |
| | | Jul 25 2025 00:27:01 | U.S. Bank Trust National Association,, as Trustee of CVF III Mortgage Loan Trus, c/o Joshua I. Goldman, Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 | |
| 14958087 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | | |
| | | Jul 25 2025 00:36:43 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 | |
| 14957529 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | | |
| | | Jul 25 2025 00:36:43 | US Department of HUD, 801 Market Street, Philadelphia, PA 19107 | |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jul 26, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Bangor Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ekishbaugh@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank Trust National Association as Trustee of CVF III Mortgage Loan Trust II Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Jonathan David Rinehimer rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: 155 | Total Noticed: 24 |

VINCENT RUBINO       on behalf of Debtor Jonathan David Rinehimer vrubino@newmanwilliams.com
                     mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 9

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jonathan David Rinehimer )   Case No. 24−14337−pmm
   aka Jonathan D. Rinehimer )
   aka Jonathan Rinehimer )
    )   Chapter: 13
   Debtor(s). )
    )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 24, 2025                                                  For The Court

                                                                              Patricia M. Mayer
                                                                              Judge, United States Bankruptcy Court