Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-14337-PMM**

Jonathan David Rinehimer  
531 Brown Avenue  
Bangor  PA    18013

Petition Filed Date: 12/05/2024  
341 Hearing Date: 01/14/2025  
Confirmation Date: 07/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/12/2025 | $447.50 | | 02/24/2025 | $447.50 | | 03/10/2025 | $447.50 | |
| 03/24/2025 | $447.50 | | 04/07/2025 | $447.50 | | 04/23/2025 | $447.50 | |
| 05/05/2025 | $447.50 | | 05/19/2025 | $447.50 | | 06/02/2025 | $447.50 | |
| 06/16/2025 | $447.50 | | 06/30/2025 | $447.50 | | 07/14/2025 | $447.50 | |
| 07/29/2025 | $447.50 | | | | | | | |

**Total Receipts for the Period: $5,817.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,712.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,225.00 | $4,225.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CARVANA, LLC/BRIDGECREST<br>»»  02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CARVANA, LLC/BRIDGECREST<br>»»  02U | Unsecured Creditors | $3,412.29 | $0.00 | $3,412.29 |
| 4 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»»  003 | Unsecured Creditors | $3,605.65 | $0.00 | $3,605.65 |
| 5 | BANGOR BOROUGH AUTHORITY<br>»»  004 | Secured Creditors | $6,869.23 | $223.98 | $6,645.25 |
| 6 | LOANCARE SERVICING CENTER<br>»»  005 | Mortgage Arrears | $35,273.93 | $1,150.13 | $34,123.80 |
| 7 | NEWREZ LLC  D/B/A<br>»»  006 | Ongoing Mortgage | $5,331.88 | $173.85 | $5,158.03 |
| 8 | AIDVANTAGE on behalf of DEPT OF ED<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BANGOR BOROUGH AUTHORITY<br>»»  008 | Secured Creditors | $646.82 | $21.09 | $625.73 |
| 10 | LOANCARE SERVICING CENTER<br>»»  05P | Secured Creditors | $1,954.62 | $63.73 | $1,890.89 |

**Chapter 13 Case No. 24-14337-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,712.50 | Current Monthly Payment: | $895.00 |
| Paid to Claims: | $5,857.78 | Arrearages: | $447.50 |
| Paid to Trustee: | $431.83 | Total Plan Base: | $68,148.00 |
| Funds on Hand: | $422.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.