UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| IN RE:<br><br>JONATHAN DAVID RINEHIMER<br>  AKA JONATHAN D. RINEHIMER<br>  AKA JONATHAN RINEHIMER<br><br><br>      Debtor | Chapter 13<br>Case No. 24-14337-PMM |
| BRIDGECREST CREDIT COMPANY, LLC<br>AS SERVICER FOR CARVANA, LLC<br><br><br>      Movant<br><br>v.<br><br>JONATHAN DAVID RINEHIMER<br>  AKA JONATHAN D. RINEHIMER<br>  AKA JONATHAN RINEHIMER<br>      (Debtor)<br><br>SCOTT F. WATERMAN<br>      (Trustee)<br><br><br>      Respondents | Hearing Date: July 21, 2026 @ 10:00 AM<br><br>Response Deadline: July 14, 2026 |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, RESPONSE DEADLINE AND HEARING DATE

Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC has filed papers with the court to lift the automatic stay as to the 2015, Kia Sportage.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.** (If you do not have an attorney, you may wish to consult one.)

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, on or before July 14, 2026, you or your attorney must do all of the following things:

   a) File with the court a written response or an answer explaining your position at:

   United States Bankruptcy Court
   201 Penn Street, Suite 103
   Reading, PA 19601

   If you are required to file an answer electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

   b) You must also mail a copy to Movant's attorney:

   Michele M. Bradford
   Orlans Law Group PLLC

200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087

2.      If you or your attorney do not take the steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on July 21, 2026 at 10:00 AM in 201 Penn Street, Suite 103, Reading, PA 19601.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's Office in Reading at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  June 25, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*_____
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-006574