United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 24-14337-pmm

Jonathan David Rinehimer                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

**Recip ID                    Recipient Name and Address**
db                     +  Jonathan David Rinehimer, 531 Brown Avenue, Bangor, PA 18013-1745

          +  LANTA, Attn: Payroll Department, 1060 Lehigh Street, Allentown, PA 18103-3891

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

**Name                          Email Address**

JAMES RANDOLPH WOOD
          on behalf of Creditor Bangor Borough Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOHN ERIC KISHBAUGH, I
          on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ekishbaugh@kmllawgroup.com

JOSHUA I. GOLDMAN
          on behalf of Creditor U.S. Bank Trust National Association  as Trustee of CVF III Mortgage Loan Trust II
          Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

MATTHEW K. FISSEL
          on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

ROBERT JOSEPH KIDWELL
          on behalf of Debtor Jonathan David Rinehimer rkidwell@newmanwilliams.com
          bzalesky@newmanwilliams.com;mdaniels@newmanwilliams.com

District/off: 0313-4                                   User: admin                                          Page 2 of 2

Date Rcvd: Jun 23, 2026                          Form ID: pdf900                               Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
                          ECFMail@ReadingCh13.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO

                          on behalf of Debtor Jonathan David Rinehimer vrubino@newmanwilliams.com
                          mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JONATHAN DAVID RINEHIMER, | : | |
| a/k/a JONATHAN D. RINEHIMER, | : | CASE NO.: 24-14337 |
| a/k/a JONATHAN RINEHIMER, | : | |
| Debtor | : | |

## **<u>AMENDED ORDER</u>**

Upon consideration of the above-named Debtor, **JONATHAN DAVID RINEHIMER,** having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future disposable income to the jurisdiction of this Court;

IT IS THEREFORE ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting it to a case under Chapter 7 of the Bankruptcy Code, the employer/entity from whom the Debtor, **JONATHAN DAVID RINEHIMER**, receives income:

LANTA
Attn: Payroll Department
1060 Lehigh Street
Allentown, PA 18103
**Social Security #xxx-xx-7964**

shall deduct from the income of **JONATHAN DAVID RINEHIMER $619.50 from each bi-weekly paycheck, beginning on the next pay day following the receipt of this Order,** including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor, and to remit the deducted sums to:

**Scott F. Waterman, Trustee**
**Standing Chapter 13 Trustee**
**P.O. Box 680**
**Memphis, TN  38101-0680**

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated, and shall advise the Trustee of the reason for such termination.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for all requisite withholding taxes and other appropriate deductions, be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer/entity will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject employer/entity in this case, if any.

**Date: June 23, 2026**

Hon. Patricia M. Mayer
United States Bankruptcy Judge