IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | JONATHAN DAVID REINHIMER | : | Chapter 13 |
| | a/k/a JONATHAN D. RINEHIMER | : | Case No. 24-14337-PMM |
| | a/k/a JONATHAN RINEHIMER | : | |
| | | : | |
| | Debtor, | : | |
| | | : | |
| | | : | |
| | | : | |
| | BRIDGECREST CREDIT COMPANY, | : | |
| | LLC AS SERVICER FOR CARVANA, | : | |
| | LLC | : | |
| | | : | |
| | Movants, | : | |
| | vs. | : | |
| | | : | |
| | | : | |
| | JONATHAN DAVID REINHIMER | : | |
| | a/k/a JONATHAN D. RINEHIMER | : | Answer to Motion for Relief |
| | a/k/a JONATHAN RINEHIMER and | : | |
| | SCOTT F. WATERMAN, | : | |
| | | : | |
| | Respondents, | : | |

**ANSWER TO MOTION FOR RELIEF
ON BEHALF OF DEBTOR**

AND NOW comes the Debtor, Jonathan David Reinhimer, by and through his attorneys

at Newman Williams, P.C., and answers the Motion for Relief from Automatic Stay by

Bridgecrest Credit Company, LLC, as servicer on behalf of Carvana LLC, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. This is a legal conclusion to which no response is required. If the Court

   determines there to be a factual averment requiring response, it is specifically

denied.

6. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.

7. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

   a. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.

   b. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.

   c. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.

   d. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.

8. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.

9. Denied. After reasonable investigation, Debtor is without knowledge sufficient to

form a belief as to the truth of these averments and therefore the averments are denied.

10. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

11. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

12. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

13. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of Bridgecrest Credit Company LLC as servicer on behalf of Carvana LLC for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By:     /s/ Robert Kidwell, Esq.
Robert Kidwell, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: July 9, 2026