Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jonathan David Rinehimer
531 Brown Avenue
Bangor, PA 18013

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-14337-PMM**

Petition Filed Date: 12/05/2024
341 Hearing Date: 01/14/2025
Confirmation Date: 07/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $447.50 | | 08/25/2025 | $447.50 | | 09/09/2025 | $447.50 | |
| 09/23/2025 | $447.50 | | 10/06/2025 | $447.50 | | 10/20/2025 | $447.50 | |
| 11/12/2025 | $447.50 | 3559 | 12/02/2025 | $447.50 | 3727 | 12/09/2025 | $447.50 | 3728 |
| 12/18/2025 | $447.50 | 3729 | 01/06/2026 | $447.50 | 3861 | 01/15/2026 | $447.50 | 3863 |
| 02/06/2026 | $447.50 | 3899 | 02/19/2026 | $447.50 | 3985 | 03/23/2026 | $895.00 | 4066 |
| 03/26/2026 | $447.50 | 4070 | 04/15/2026 | $447.50 | 4073 | 04/27/2026 | $447.50 | 4127 |
| 05/27/2026 | $447.50 | 4203 | 05/29/2026 | $447.50 | 4206 | 06/30/2026 | $895.00 | 4517 |
| 07/06/2026 | $447.50 | 4521 | 07/30/2026 | $1,239.00 | 4661 | | | |

**Total Receipts for the Period: $11,979.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $18,416.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,225.00 | $4,225.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CARVANA, LLC/BRIDGECREST<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CARVANA, LLC/BRIDGECREST<br>»» 02U | Unsecured Creditors | $3,412.29 | $0.00 | $3,412.29 |
| 4 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $3,605.65 | $0.00 | $3,605.65 |
| 5 | BANGOR BOROUGH AUTHORITY<br>»» 004 | Secured Creditors | $6,869.23 | $1,766.51 | $5,102.72 |
| 6 | LOANCARE SERVICING CENTER<br>»» 005 | Mortgage Arrears | $35,273.93 | $9,071.04 | $26,202.89 |
| 7 | NEWREZ LLC D/B/A<br>»» 006 | Ongoing Mortgage | $5,331.88 | $1,371.15 | $3,960.73 |
| 8 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BANGOR BOROUGH AUTHORITY<br>»» 008 | Secured Creditors | $646.82 | $166.35 | $480.47 |

**Chapter 13 Case No. 24-14337-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 10 | LOANCARE SERVICING CENTER<br>»» 05P | Secured Creditors | $1,954.62 | $502.64 | $1,451.98 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,416.00 | Current Monthly Payment: | $1,239.00 |
| Paid to Claims: | $17,102.69 | Arrearages: | $172.00 |
| Paid to Trustee: | $1,313.31 | Total Plan Base: | $68,148.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.