**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | | |
| **Jonathan David Rinehimer,** | : | **Chapter 13** |
| | : | **Case No. 24-14337 PMM** |
| | : | |
| **Debtor.** | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief ("the Motion") (doc. #43) seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #46);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **October 15, 2026** the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.
2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Patricia M. Mayer

**Date: 9/15/26**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**