UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| IN RE:<br><br>JONATHAN DAVID RINEHIMER<br>AKA JONATHAN D. RINEHIMER<br>AKA JONATHAN RINEHIMER<br><br>Debtor | Chapter 13<br>Case No. 24-14337-PMM |
| BRIDGECREST CREDIT COMPANY, LLC<br>AS SERVICER FOR CARVANA, LLC<br><br>Movant<br><br>v.<br><br>JONATHAN DAVID RINEHIMER<br>AKA JONATHAN D. RINEHIMER<br>AKA JONATHAN RINEHIMER<br>(Debtor)<br><br>SCOTT F. WATERMAN<br>(Trustee)<br><br>Respondents | |

**ORDER**

And Now, it is hereby ORDERED that the Stipulation between the parties is approved.

**Date: September 22, 2026**

BY THE COURT,

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge