United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 24-14337-pmm

Jonathan David Rinehimer Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2

Date Rcvd: Sep 22, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Jonathan David Rinehimer, 531 Brown Avenue, Bangor, PA 18013-1745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor U.S. Bank Trust National Association as Trustee of CVF III Mortgage Loan Trust II alyk.oflazian@padgettlawgroup.com |
| GARRETT M. WILSON | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Bangor Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ekishbaugh@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| ROBERT JOSEPH KIDWELL | |

| | |
|---|---|
| | on behalf of Debtor Jonathan David Rinehimer rkidwell@newmanwilliams.com bzalesky@newmanwilliams.com;mdaniels@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | on behalf of Debtor Jonathan David Rinehimer vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| IN RE:<br><br>JONATHAN DAVID RINEHIMER<br>AKA JONATHAN D. RINEHIMER<br>AKA JONATHAN RINEHIMER<br><br>Debtor | Chapter 13<br>Case No. 24-14337-PMM |
| BRIDGECREST CREDIT COMPANY, LLC<br>AS SERVICER FOR CARVANA, LLC<br><br>Movant<br><br>v.<br><br>JONATHAN DAVID RINEHIMER<br>AKA JONATHAN D. RINEHIMER<br>AKA JONATHAN RINEHIMER<br>(Debtor)<br><br>SCOTT F. WATERMAN<br>(Trustee)<br><br>Respondents | |

**ORDER**

And Now, it is hereby ORDERED that the Stipulation between the parties is approved.

**Date: September 22, 2026**

BY THE COURT,

Patricia M. Mayer

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge